THIERMAN LAW FIRM
Mark R. Thierman #8285
7287 Lakeside Drive
Reno, NV 89511
Telephone: (775) 284-1500
Facsimile: (775) 703-5027
laborlawyer@pacbell.net

Attorney for Plaintiffs
Andrew Claudio, Jay Katz and
Allen Schneider

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SOUTHERN DIVISION

| | |
|---|---|
| ANDREW CLAUDIO, JAY KATZ AND ALLEN SCHNEIDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITICORP TRUST BANK, FSB,<br><br>Defendant. | Case No. 09-CV-01935-KJD-RJJ<br><br>**[PROPOSED] ORDER AND JUDGMENT GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: March 22, 2011<br>Time: 9:00 a.m.<br>Courtroom: LV 6D<br>Judge: Hon. Kent J. Dawson |

WHEREAS, this matter came on for hearing on March 22, 2011 at 9:00 a.m. in Courtroom 6D of the above-captioned court on Plaintiffs' Motion for Final Approval of Class Action Settlement; and

WHEREAS, Plaintiffs Andrew Claudio, Jay Katz and Allen Schneider have applied to this Court for an order finally approving the settlement of this action in accordance with the Joint Stipulation of Settlement and Release ("the Settlement") which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement; and the Court having read and considered the Settlement and the exhibits annexed thereto, and having found it fair, reasonable, adequate and in the best interests of the class;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. This Order incorporates by reference the definitions in the Settlement, and all terms defined therein shall have the same meaning in this Order as set forth in the Settlement;

2. Plaintiffs' Motion for Final Approval of the Class Action Settlement is Granted;

3. Settlement proceeds of up to $670,000 shall be distributed in accordance with the formulas set forth in the Settlement and the Notice to Class Members approved by the Court on September 14, 2010;

4. Class Counsel's request for attorney's fees in the amount of $167,500 is Granted;

5. Class Counsel's request for costs in the amount of $9,670.16 is Granted;

6. The request for enhancement fee to Plaintiffs Andrew Claudio and Jay Katz in the amount of $30,000 each is Granted;

7. The request for enhancement fee to Plaintiff Allen Schneider in the amount of $20,000 is Granted;

/ / /

/ / /

8.  The Claims Administrator's fees of $24,237.33 will be paid from the Qualified Settlement Fund, in accordance with the terms of the Settlement.

This Court finds that there is no just reason for delay and expressly directs Judgment and immediate entry by the Clerk of the Court. The time to appeal from this Judgment shall run from the entry of this Order.

Dated: March 22, 2011

_____
HONORABLE KENT J. DAWSON

## CERTIFICATE OF MAILING

I hereby certify that on the 22nd day of March, 2011, I served a true and correct copy of **"[PROPOSED] ORDER AND JUDGMENT GRANTING MOTION FOR FINAL APPROVAL"** by:

    X    serving the following parties electronically through CM/ECF as set forth below;

           faxing a copy to the numbers below;

           depositing a copy in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

Daryl Landy
Shweta Gera
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122

Roger Grandgenett (Local Counsel)
Littler
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937

                                   /s/ Elaine Eubanks
                                  An Employee of Mark R. Thierman, P.C.